To Chief Judge. 2/23/26

26 CV 4158

Colleen McMahon

Dear Ma'am I am writing to you For a certain Reason Can Doccs, Albany take away my C.R. Date because I own parole time From a previous bid. The Sentencing Judge at the time of my NEW CONVICTION, : NEVER Stated Anything about including my parole time that I may or may not owe the State

RECEIVED SDNY PRO SE OFFICE

S

I have a FRIEND in Green HAVEN that gave me your address:

Please help me or give me some Directions or refer me to somebody or give me some to Thank you

2.) I was Sentence to 25 years twice Running concurrent

Here's a copy of Said committment Papers.

Albany changed my RC Date ~to~ June 24th 2028

Om in Atico corr Foc And this law Library is Not giving me my Request For a Acticle 78 or a Federal 1983

(3) "Im in DURESS!

"All these people are doing is giving me back to back tickets to keep me ~~$50~~ isolated so I cant help myself or my predicument or situation pertaining

I'm to cell
to cell
RRU
program to this 4
no circumstance
this is

oppression
At its
highest
Level

NO

COPIES MADE

Sincerly

Jason Snel
0716956

09:24:02 Tuesday, September 27, 2022

```
09/27/22  C810MMP      RECEPTION/CLASSIFICATION SYSTEM
09:23:59  C810N088  B02  BASIC DETERMINATE                      KRCLM00
DIN: 07A6956     NAME: SMITH, JASON
DATE RECEIVED: 12/19/2007                                NYSID: 05467062L
                                         BY:  CCNSFES  02/08/2016  02:34P

HEARING DATE                      2028 04   TIME ALLOWANCE COMM DATE    2028 02
HEARING TYPE                      CRC       TIME ALLOWANCE COMM TYPE    INIT
TENTATIVE RELEASE DATE                      POST-RELEASE SUPERVISION    0005 00 00
GRADUATION DATE                             PRS MAXIMUM EXPIRATION DT

                                            DETERMINATE TERM            0025 00 00
                                            DATE RECEIVED             + 2007 12 19
                                            JAIL TIME                 - 0000 10 26
                                                                        ---- -- --
                                            MAXIMUM EXPIRATION DATE   = 2032 01 22
                                            GOOD TIME POSSIBLE        - 0003 06 28
                                                                        ---- -- --
                                            CONDITIONAL RELEASE DATE  = 2028 06 24

LIMITED CREDIT TIME POSS     0000 06 00
LIMITED CREDIT TIME DATE     2027 12 24

<ENTER> (CONTINUE)       <PF3> EXIT        <PF4> RETURN  <CLEAR> EXIT(SYS)
                         <PF6> COMMENT                          <PF10> PRINT
```

change my date                                          JANUARY

original Relese date ——— 2026    31

give this

to CA CA

OR EYE witnees
ness

OR A parole lowyer

```
05/10/12  C070KEC       RECEPTION/CLASSIFICATION SYSTEM              KRCLMD1
17:08:19  C070N045         LEGAL DATE COMPUTATION
                            TYPE 99 (INQUIRY)
  DIN:  07A6956  NAME:  SMITH, JASON              NYSID: ████████
  COMP TYPE 20 (BASIC DETERMINATE        ) PERFORMED 10/21/2009 BY RCL337

                                    MAXIMUM TERM              025 00 00
                                  + DATE RECEIVED           + 2007 12 19
                                                            ----------
                                    INTERIM                   2032 12 18
                                  - JAIL TIME               -  03 03 20
                                                            ----------
                                    MAXIMUM EXPIRATION DATE   2029 08 28
                                  - GOOD TIME POSSIBLE       -  003 06 28
                                                            ==========
  T.A.C. DATE/TYPE       2025 09   INIT   CONDITIONAL RELEASE DATE 2026 01 31


  PAROLE HEARING DATE/TYPE 2025 11  CRC
  PRS  05 00 00                           LIMITED CREDIT TIME POSS   00 06 00
                                          LIMITED CREDIT TIME DATE 2025 07 31
  REMARKS:
  *** INQUIRY ONLY ***
      <ENTER> (CONTINUE)        <PF3> EXIT(FUNCTION)       <CLEAR> EXIT(SYSTEM)
```

only a Judge or magistrate can change

my original sentence not Albany

Release Date

I need a Lawyer to sue. I need a lawyer to Represent my case

Smith J
112 E Bick

This was banned
2009 am I Right?

Obey the
law, or Im

Must only a
Nigger step
on my Rights



Department of Corrections and Community Supervision

Find an offender → Incarcerated Lookup

## Incarcerated Lookup

Start a New Search

# SMITH, JASON

DIN:   07A6956

| Race/Ethnicity: | Date of Birth: | (age): |
|---|---|---|
| BLACK | 07/27/1967 | 58 years old |

**Custody Status:** IN CUSTODY

**Housing / Releasing Facility:** ATTICA

**County of Commitment:** QUEENS

**Date Received (original):** 12/19/2007

**Date Received (current):** 12/19/2007

**Admission Type:** NEW COMMITMENT

**Latest Release Date / Type (Released Only):**

**Crimes of Conviction:** If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 03/05/2026)

| Crime | Class |
|---|---|
| MANSLAUGHTER 1ST | B |
| ROBBERY 1ST | B |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 03/05/2026

**Aggregate Minimum Sentence**      0 Years, 0 Months, 0 Days

**Aggregate Maximum Sentence**      25 Years, 0 Months, 0 Days

**Earliest Release Date**      06/24/2028

**Earliest Release Type**      CONDITIONAL RELEASE DATE

**Parole Interview Date**      04/2028

**Parole Interview Type**      RELEASE CONDITIONS

**Parole Eligibility Date**

**Conditional Release Date**                                      06/24/2028

**Maximum Expiration Date**                                       01/22/2032

**Maximum Expiration Date for Parole Supervision**

**Post Release Supervision Maximum Expiration Date**

**Parole Board Discharge Date**

Information Data Definitions are provided for most of the elements listed above.

**Department of Corrections and Community Supervision**  |  **Accessibility**    **Contact**    **Disclaimer**

**Language Access**    **Privacy Policy**

⬝ AgenciesApp DirectoryCountiesEventsProgramsServices